LOVE MACIONE [CA BAR No: 200538]
SCHEIN & CAI LLP
111 NORTH MARKET STREET, SUITE 1020
SAN JOSE, CA 95113
TEL.: (408) 436-0789
FAX: (408) 436-0758

Attorney for Plaintiff: Wei-Chuan U.S.A., Inc.


## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wei-Chuan U.S.A., Inc., and Yi-Jie Lin,<br><br>                    Plaintiffs,<br><br>v.<br><br>Eric Holder, United States Attorney General; Jeh Johnson, Secretary of Homeland Security; Alejandro Mayorkas, Director, United States Citizenship and Immigration Services; Kathy Baran, Director, California Service Center United States Citizenship and Immigration Services,<br>                    Defendants. | Case No. CV: 13-cv-04899-CRB<br><br>PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS COMPLAINT<br><br>Hon. Charles R. Breyer |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS COMPLAINT**

    After consideration, Plaintiffs hereby move to voluntarily dismiss this action to appeal the denial of Plaintiff Wei-Chuan's H-1B I-129 petition filed on behalf of Plaintiff Lin dated September 12, 2013.

                                        Respectfully Submitted,
                                        SCHEIN & CAI, LLP

                                        s/Love Macione

                                        Love M. Macione
                                        Attorneys for Petitioner